IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HOWARD GROBSTEIN, as Chapter 7 Bankruptcy Trustee for BLANCA AGUIRRE,<br><br>              Plaintiff,<br><br>    v.<br><br>PORT OF PORTLAND, a Municipal Corporation, THOMAS T. KO, and individual, JEREMY HEPP, an individual, JACOB CASSITY, an individual, JERRY SALDIVAR, an individual, and POLLIN HOTELS II, LLC, an Oregon limited liability company, doing Business as SHERATON PORTLAND AIRPORT HOTEL,<br><br>              Defendants. | No. 3:18-cv-01916-YY<br><br>ORDER |

HERNÁNDEZ, District Judge:

      Magistrate Judge Youlee You issued a Findings and Recommendation on February 16, 2021, in which she recommends that the Court grant in part and deny in part Defendants'

1 – ORDER

motions for summary judgment. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [52]. Accordingly, Defendant Port of Portland's Motion for Summary Judgment [28] is GRANTED IN PART and DENIED IN PART. Pollin Hotels II's Motion for Summary Judgment [34] is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

DATED: _____April 7, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge