Kevin T. Lafky, OSB #852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HOWARD GROBSTEIN,** as Chapter 7 Bankruptcy Trustee for**, BLANCA AGUIRRE**, <br><br> Plaintiff, <br><br> v. <br><br> **PORT OF PORTLAND**, a Municipal Corporation, **THOMAS T. KO**, an individual, **JEREMY HEPP**, an individual, **JACOB CASSITY**, an individual, **JERRY SALDIVAR**, an individual, **POLLIN HOTELS II, LLC**, an Oregon limited liability company, doing business as **SHERATON PORTLAND AIRPORT HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, LLC**, a foreign limited liability company doing business as and **CANTERBURY HOTEL GROUP,** an Oregon company, doing business as **FOUR POINTS BY SHERATON PORTLAND EAST,** <br><br> Defendants. | Case No. 3:18-cv-01916-YY <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED PRETRIAL ORDER** |

**PAGE 1– UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED PRETRIAL ORDER**

**CERTIFICATE OF CONFERRAL**

Pursuant to LR 7.1, counsel for the Plaintiff hereby certifies that he has conferred with Port Defendants' counsel, Beth Plass, and Defendant Pollin Hotels II, LLC's counsel, Sean Conner. Counsels for Defendants do not object to this motion.

The Plaintiff, by and through her attorney, Christopher M. Edison, respectfully requests an extension until October 1, 2021 to finalize the proposed pretrial order. The parties were unable to finalize the pre-trial order by the current deadline of September 24, 2021, due to the workload and schedules of the parties.

This request is made pursuant to the provisions of Fed. R. Civ. Pro. 6(b). It is brought in good faith, and Plaintiff's Motion to Extend Discovery Deadlines.

DATED this 23rd day of September, 2021.

                                                  *s/Christopher M. Edison*
                                                Kevin T. Lafky, OSB #852633
                                                klafky@lafky.com
                                                Christopher M. Edison, OSB #183318
                                                cedison@lafky.com
                                                LAFKY & LAFKY
                                                429 Court Street NE
                                                Salem, OR 97301
                                                Tel: (503)585-2450
                                                Fax: (503)585-0205
                                                Attorneys for Plaintiff

Kevin T. Lafky, OSB#852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
Lafky & Lafky
429 Court Street NE
Salem, OR 97301
Telephone: (503) 585-2450
Facsimile: (503) 585-0205
Attorneys for Plaintiff Howard Grobstein, as Chapter 7 Bankruptcy Trustee for Blanca Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HOWARD GROBSTEIN,** as Chapter 7 Bankruptcy Trustee for**, BLANCA AGUIRRE**, <br><br>Plaintiff, <br><br>v. <br><br>**PORT OF PORTLAND**, a Municipal Corporation, **THOMAS T. KO**, an individual, **JEREMY HEPP**, an individual, **JACOB CASSITY**, an individual, **JERRY SALDIVAR**, an individual, **POLLIN HOTELS II, LLC**, an Oregon limited liability company, doing business as SHERATON PORTLAND AIRPORT HOTEL, **STARWOOD HOTELS & RESORTS WORLDWIDE, LLC**, a foreign limited liability company doing business as and **CANTERBURY HOTEL GROUP,** an Oregon company, doing business as **FOUR POINTS BY SHERATON PORTLAND EAST,** <br>Defendants. | Case No. 3:18-cv-01916-YY <br><br> CERTIFICATE OF SERVICE |

**PAGE 1–CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED PRETRIAL ORDER** on the counsel of the parties herein by electronic and regular mail on September 23, 2021.

DATED this 23rd day of September 2021.

*s/ Christopher M. Edison*
Kevin T. Lafky, OSB#852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
Lafky & Lafky
429 Court Street NE
Salem, OR 97301
(503) 585-2450

**PAGE 2–CERTIFICATE OF SERVICE**