**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
    Of Attorneys for Defendants
    Port of Portland, Thomas T. Ko,
    Jeremy Hepp, Jacob Cassity, and
    Jerry Saldivar

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HOWARD GROBSTEIN**, as Chapter 7 Bankruptcy Trusttee for, **BLANCA AGUIRRE**,<br><br>    Plaintiff,<br><br>    v.<br><br>**PORT OF PORTLAND**, a Municipal Corporation, **THOMAS T. KO**, an individual, **JEREMY HEPP**, an individual, **JACOB CASSITY**, an individual, **JERRY SALDIVAR**, an individual, **POLLIN HOTELS II, LLC**, an Oregon limited liability company, doing business as **SHERATON PORTLAND AIRPORT HOTEL**, **STARWOOD HOTELS & RESORTS WORLDWIDE, LLC**, a foreign limited liability company and **CANTERBURY HOTEL GROUP**, an Oregon company, doing business as **FOUR POINTS BY SHERATON PORTLAND EAST**,<br><br>    Defendants. | Case No. 3:18-cv-01916-HZ<br><br><br>DEFENDANT PORT OF PORTLAND, THOMAS T. KO, JEREMY HEPP, JACOB CASSITY AND JERRY SALDIVAR'S UNOPPOSED MOTION TO EXTEND PRETRIAL FILING DEADLINES |

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7-1, I hereby certify that I have conferred with opposing counsel and counsel for co-defendants regarding this request for an extension and they consent.

PAGE 1 – PORT DEFENDANTS' UNOPPOSED MOTION TO EXTEND PRETRIAL FILING DEADLINES

## **MOTION**

Pursuant to Fed R Civ P 6(b), defendants Port of Portland, Thomas T. Ko, Jeremy Hepp, Jacob Cassity, and Jerry Saldivar (herein the "Port defendants") respectfully move the Court for its order extending the current pretrial filing deadlines [Docket #64] as follows:

First Wave of Documents: March 14, 2022 extended to March 21, 2022;

Second Wave of Documents: March 21, 2022 extended to March 25, 2022;

Third Wave of Documents: March 28, 2022 extended to March 31, 2022;

Fourth Wave of Documents: remains the same – April 8, 2022.

The reason for this request is that the parties are currently engaged in further settlement negotiations.

DATED: March 7, 2022.

VICKERS PLASS LLC

*s/ Beth F. Plass*
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975

Of Attorneys for Defendants
Port of Portland, Thomas T. Ko, Jeremy Hepp, Jacob Cassity, and Jerry Saldivar